**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DONDERRIOUS WILLIAMS,** | ) | |
| **AIS #251429,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:23-cv-406-RAH-SMD** |
| **JEREMY PELZER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

COME NOW Defendants Correctional Lieutenant Jeremy Pelzer, Correctional Lieutenant Michael Jones, Correctional Sergeant Steven Parker, Correctional Sergeant Christopher Cottles, Correctional Sergeant Christopher Simpson, Correctional Sergeant Luther Smith, Correctional Officer Christopher Allen, Correctional Officer Floyd Allen, Correctional Officer Thomas Hines, Correctional Officer Demetrius Charley, Correctional Warden Deborah Toney, Correctional Warden Chadwick Crabtree, Correctional Warden William Streeter, Regional Director Edward Ellington, and Commissioner John Hamm, in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:



■   This party is an individual, or

■   This party is a governmental entity, or

■   There are no entities to be reported, or

☐     The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                                        <u>Relationship to Party</u>

Respectfully submitted,

Steve Marshall,
 *Attorney General*

<u>/s/ Tara S. Hetzel</u>
Tara S. Hetzel
 *Deputy Attorney General*

Cameron W. Elkins
 *Assistant Attorney General*

Hunter L. Sims
 *Assistant Attorney General*

State of Alabama
Office of Attorney General
501 Washington Avenue
Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Fax: (334) 353-8400
Tara.Hetzel@AlabamaAG.gov
Cameron.Elkins@AlabamaAG.gov
Hunter.Sims@AlabamaAG.gov

***Counsel for Defendants***

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 20, 2023 I electronically filed a copy of the foregoing Motion to Dismiss with the Clerk of the Court via CM/ECF which will send a copy to the following counsel of record:

Joseph Mitchell McGuire
Susanne Emily Cordner
*McGuire and Associates, LLC*
31 Clayton Street
Montgomery, AL 36104
jmcguire@mandabusinesslaw.com
scordner@madabusinesslaw.com

Felicia Medina
Alexander Brooks
*Medina Orthwein LLP*
230 Grand Ave., Suite 201
Oakland, CA 94610
fmedina@medinaorthwein.com
abrooks@medinaorthwein.com

/s/ Tara S. Hetzel
Of counsel

3